```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DOROTHY E. DANIELS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, et al. | : | NO. 12-2806 |

ORDER

AND NOW, this 7th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants for summary judgment (Doc. #37) is GRANTED as follows:

(a) in favor of defendant School District of Philadelphia on count one of the complaint except as it relates to plaintiff's 2010 forced transfer from the Thomas Mifflin School, her replacement by Amanda Meiers at Mifflin, and her inability to fully participate in the 2010 site selection process;

(b) in favor of defendants School District of Philadelphia, Rachel Marianno, Kenneth Christy, and Katherine Pendino on count two of the complaint in its entirety and in favor of defendant Leslie Mason except as it relates to plaintiff's inability to participate fully in the 2010 site selection process;

(c)  in favor of defendant School District of Philadelphia on count three of the complaint in its entirety;

(d)  in favor of defendants School District of Philadelphia, Leslie Mason, Rachel Marianno, Kenneth Christy, and Katherine Pendino on count four of the complaint in its entirety;

(e)  in favor of defendants Kenneth Christy, Rachel Marianno, and Katherine Pendino on count five of the complaint in its entirety, in favor of defendant School District of Philadelphia on count five except as it relates to plaintiff's 2010 forced transfer from the Thomas Mifflin School, her replacement by Amanda Meiers at Mifflin, and her inability to fully participate in the 2010 site selection process, and in favor of defendant Leslie Mason on count five except as it relates to plaintiff's inability to fully participate in the 2010 site selection process;

(f)  in favor of defendants School District of Philadelphia, Leslie Mason, Rachel Marianno, Kenneth Christy, and Katherine Pendino on count six of the complaint in its entirety;

(g)  in favor of defendant School District of Philadelphia on count seven of the complaint except as it relates to plaintiff's 2010 forced

transfer from the Thomas Mifflin School, her replacement by Amanda Meiers at Mifflin, and her inability to fully participate in the 2010 site selection process;

(h) in favor of defendant School District of Philadelphia on count eight of the complaint in its entirety;

(i) in favor of defendants School District of Philadelphia, Leslie Mason, Rachel Marianno, Kenneth Christy, and Katherine Pendino on count nine of the complaint in its entirety;

(j) in favor of defendants School District of Philadelphia, Leslie Mason, Rachel Marianno, Kenneth Christy, and Katherine Pendino to the extent that the complaint contains any claims related to hostile work environment; and

(2) the motion of defendants School District of Philadelphia and Leslie Mason for summary judgment (Doc. #37) is DENIED only as to those claims excepted in paragraphs (1)(a), (1)(b), (1)(e), and (1)(g) of this Order.

BY THE COURT:

/s/ Harvey Bartle III
J.