IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY E. DANIELS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA AND LESLIE MASON | : | NO. 12-2806 |

ORDER

AND NOW, this 28th day of January, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Dorothy E. Daniels for post trial relief from the judgment entered on November 22, 2013 (Doc. #77) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.